IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH SHAUN TRAYWICK, AIS # 177252, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:25-CV-1036-WKW |
| YESCARE HEALTH SERVICES, INC., *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

On December 24, 2025,[1] Plaintiff Kenneth Shaun Traywick, an inmate in the custody of the Alabama Department of Corrections (ADOC), filed a *pro se* 42 U.S.C. § 1983 complaint. (Doc. # 1.) Before the court is Plaintiff's Motion to Dismiss. (Doc. # 16.) No Defendant has filed an answer to the complaint or a motion for summary judgment. Because Plaintiff's motion complies with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Clerk of Court is DIRECTED to construe

[1] "Under the 'prison mailbox rule,' a *pro se* prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing." *Williams v. McNeil*, 557 F.3d 1287, 1290 n.2 (11th Cir. 2009). Absent evidence to the contrary, the court must "assume that a prisoner delivered a filing to prison authorities on the date that he signed it." *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014) (per curiam). Plaintiff executed and dated his complaint "12.24.25" (Doc. # 1 at 4), and it is deemed filed on that date even though it was not docketed until December 31, 2025.

it as a notice of voluntary dismissal. Accordingly, Plaintiff's action has been DISMISSED without prejudice by operation of law.

Final judgment will be entered separately.

DONE this 24th day of February, 2026.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE